Bradley T. Hunsicker (Wyoming Bar No. 7-4579)
Lacey Bryan (Wyoming Bar No. 8-7016)
William G. Cross (Wyoming Bar No. 8-6562)
Markus Williams LLC
2120 Carey Avenue, Suite 101
Cheyenne, WY 82001
Telephone: (307) 778-8178
Facsimile: (303) 830-0809
bhunsicker@markuswilliams.com
lbryan@markuswilliams.com
wcross@markuswilliams.com

*Proposed Counsel for the Debtor*
*and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF WYOMING**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| INSIGHT WORKS, LLC | ) | Case No. 26-20386 |
| EIN 42-4485222 | ) | |
| | ) | Chapter 11 |
| Debtor-in-Possession. | ) | |

**ENTRY OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES AND DOCUMENTS**

William G. Cross of the law firm Markus Williams LLC hereby enters his appearance in this case as Proposed Counsel for the Debtor and Debtor-in-Possession, Insight Works, LLC, and requests that all notices given or required to be given in this case and all pleadings filed, including, without limitation, all notices pursuant to the U.S. Bankruptcy Court, District of Wyoming, be given to and served upon:

William G. Cross
Markus Williams LLC
1775 Sherman Street, Suite 1950
Denver, CO 80203
Telephone: (303) 830-0800

Facsimile: 303-830-0809
wcross@MarkusWilliams.com

Respectfully submitted this 21st day of August, 2026.

Respectfully submitted,

MARKUS WILLIAMS LLC

*By: /s/ William G. Cross*
William G. Cross (Wyoming Bar No. 8-6562)
1775 Sherman Street, Suite 1950
Denver, CO 80203
Telephone: (303) 830-0800
Facsimile: (303) 830-0809
wcross@markuswilliams.com
*Proposed Counsel for the Debtor-In-Possession.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on August 21, 2026, *electronically* via the Court's CM/ECF pursuant to L.B.R. 9036-1 on all parties and counsel of record.

*/s/ Jessica Anderson*

Jessica Anderson, Legal Assistant for
Markus Williams LLC